UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JERENIECE J. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:06-cv-107-SEB-JMS |
| | ) | |
| INDIANA CIVIL RIGHTS COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |

**Entry Dismissing Action**

The plaintiff in this civil rights action was sanctioned in various ways in the Entry of July 11, 2007. In that same Entry, the court proceeded to inform the parties that

> [i]f the steps specified in paragraph 1.b. and 1.c. are not taken by the date specified, it will be evident to the court and, with or without notice by the defendant, the action may be dismissed without further notice to the parties. If those steps are taken, the court will monitor the further development of action carefully, to assure that the parties remain focused and diligent in the preparation of the action for trial or other disposition.

Because the deadline has passed, and because it is evident to the court that the steps specified in paragraph 1.b. and 1.c. of the Entry have not been documented through filings which were to be made, and because the plaintiff's continued and further abuse of the defendant and the court's processes is unjustified, this action is now dismissed with prejudice. The monetary sanctions already ordered remain due and the plaintiff shall not file any civil action (excluding a habeas action or an action challenging the conditions of confinement) in this District until those sanctions have been paid.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 08/28/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana