UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JERENIECE J. JONES,<br><br>        Plaintiff,<br><br> vs.<br><br>INDIANA CIVIL RIGHTS COMMISSION,<br><br>        Defendant. | 1:06-cv-107-SEB-JMS |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed with prejudice.**

The costs of this action are assessed against the plaintiff.

Date: 08/28/2007

*/s/ Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jereniece J. Jones
P.O. Box 42525
Indianapolis, IN 46242-0525

Betsy M. Isenberg
INDIANA STATE ATTORNEY GENERAL
Betsy.Isenberg@atg.in.gov